# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| FRANCES GRAVER, ADMINSTRATRIX OF THE ESTATE OF DAVID GRAVER, DECEASED, AND FRANCES GRAVER, WIDOW IN HER OWN RIGHT, | : No. 476 EAL 2014<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Superior Court<br>: |
| Petitioner | :<br>: |
| v. | :<br>:<br>: |
| FOSTER WHEELER CORPORATION | :<br>: |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of February, 2015, the Petition for Allowance of Appeal is **DENIED**.